# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

PABLO ADRIAN GUAMAN-TOBAY,

       Petitioner,

Vs.                             No. 1:26-cv-00377-WJ-DLM

KRISTI NOEM,
Secretary, U.S. Department of Homeland Security;
PAMELA BONDI,
U.S. Attorney General;
TODD M. LYONS,
Acting Director, Immigration and Customs Enforcement;
MARY DE ANDA-YBARRA,
ICE Field Office Director Detention and Removal;
GEORGE DEDOS,
Warden, Cibola County Correctional Center,

       Respondents.

## ORDER VOLUNTARILY DISMISSING AND CLOSING CASE

THIS MATTER is before the Court on the Petitioner's Voluntary Motion to Dismiss Petition for Writ of Habeas Corpus **[Doc. 9]**.  The Motion requests dismissal of this case without prejudice under Fed. R. Civ. P. 41(a)(1)(ii) and is unopposed.  The Court finds that dismissal without prejudice pursuant to F. R. Civ. P. 41(a) is appropriate and pursuant to Tenth Circuit precedent, the petition is dismissed without prejudice. *Netwig v. Georgia Pacific Corp.*, 375 F.3d 1009, 1011 (10th Cir. 2004). Accordingly, the Motion **[Doc. 9]** is **GRANTED**.

It is **ORDERED** that Petitioner's Voluntary Motion to Dismiss Petition for Writ of Habeas Corpus **[Doc. 9]** is **GRANTED,** Petitioner Pablo Adrian Guaman-Tobay's Petition for Writ of Habeas Corpus is **DISMISSED without prejudice** under Fed. R. Civ. P. 41(a)(1)(ii), and this case is **CLOSED**.

/s/_____
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE